# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131257

DOROTHY GLENN, Personal Representative
of the Estate of ANDREW GLENN, Deceased,
Plaintiff-Appellee,

v

HAL F. MARTENS, D.O. and CONSULTANTS
IN ARTHRITIS & ALLIED CONDITIONS,
Defendants-Appellants,

and

GENESYS REGIONAL MEDICAL CENTER
and HEE DONG PARK, M.D.,
Defendants.

SC: 131257
COA: 258233
Genesee CC: 02-073261-NH

_____/

On January 11, 2007, the Court heard oral argument on the application for leave to appeal the April 13, 2006 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2007

_____
Clerk

d0123